HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NAATHON-RAY JOHNSON,

    Plaintiff,

v.

STATE OF WASHINGTON, et al,

    Defendants.

Case No. C09-5022RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the Court's review of plaintiff's complaint and the entirety of the record and file herein. It appears that all actions complained of herein occurred within the jurisdiction of the United States District Court for the Eastern District of Washington. Jurisdiction over some of the yet unserved defendants is not proper in this District but would be in the Eastern District, and plaintiff has a corresponding lawsuit pending in the Eastern District [CV08-391FVS] arising out of many of the same acts complained of in the complaint removed to this Court. Therefore, venue is more proper in the Eastern District of Washington and in the interest of justice this case is hereby transferred to that Court. 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated this 30th day of July, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1